Itavius Burks
54 Kerish Rd.
Forest, MS 39074

February 10, 2023

US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED

2023 FEB 10 PM 1:04

DANNY L. MILLER
CLERK
BY _____ DEPUTY

U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225-2448
601-608-4600

Dear Sir or Madam:

I am writing to dispute the following information on my file. I have listed below the items I am needing to dispute on the attached copy of the report I received.

The item being disputed by me is a 1997 Belmont-Summitt Trailer because I was not notified of the bankruptcy prior to purchasing the estate in October of 2022. I am requesting that the item be removed from bankruptcy to rectify the information.

Enclosed are copies of the title
Supporting my position. Please reinvestigate this matter and delete the disputed item as soon as possible.

Sincerely,
Itavius Burks

*Itavius Burks*

Enclosures: Title, Bill of Sale, Tax Collector Receipts, Docket

Case No. 21-01647
DKT. #37

DOCKET 1064, PAGE 74

## ABSTRACT OF JUDGMENT FROM JUSTICE COURT

THE STATE OF MISSISSIPPI, SCOTT COUNTY:

Judgement was rendered as follows, viz: In the case of

ITAVIAS BURKS

VS.

DAVIS PATIRCK AND CHARLOTTE

*[Handwritten notes:]* Tenant has agreed to vacate premises + remove their personal property by 5pm on 2-6-23. Plaintiff has Court permission through 4-30-23 to remove trailer. He also has right to go take pics of trailer after they move out

JUDGEMENT..........
ATTORNEY FEE......
COST OF SUIT...... 95.50
TOTAL............. 95.50

I, ADAM MCCURDY, an acting JUSTICE of the PEACE in and for said County, do hereby certify that the above is a true and perfect abstract in the cause, therein stated and that it contains the names of all parties to said suit, the amount and date of rendition of said judgement, and that said judgement as appears from my docket, remains in full force and effect.

Witness my hand and seal this 25 day of Jan, 2023.

_____
JUSTICE COURT JUDGE

Filed, recorded, and entered upon the judgement roll in my office, in conformity with law the _____ day of _____, 2023.

_____ CIRCUIT CLERK

By _____, DC

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 33136 | BELM | 1997 | SUMMITT | HS | MS0163186944 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 11/14/2022 | | | USED | MH | EXEMPT |

**OWNER(S)**

BURKS, ITAVIAS
54 KERISH RD
FOREST MS 39074-2203

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**          **DATE:**

**2ND LIENHOLDER**          **DATE:**

**MAIL TO**

BURKS, ITAVIAS
54 KERISH RD
FOREST  MS 39074-2203

T4



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
              (LIENHOLDER)                            (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

2ND LIEN _____  BY _____
              (LIENHOLDER)                            (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 14TH  DAY OF NOVEMBER  20 22

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
O 04326309

MISSISSIPPI DEPARTMENT OF REVENUE

**VOID IF ALTERED**

***NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW***

Federal and State Law requires that you state the mileage in connection with the transfer of ownership. Failure to complete, or providing a false statement, may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page.

Name: Francis Burns    Address: 54 Heirsh Rd, Forest, Ms 76

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING (No Tenths) _____

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

**SELLER:**
Signature(s) _____ Printed Name(s) _____ Date of Sale _____

**BUYER:** "I am aware of the above odometer certification made by seller"
Signature(s) _____ Printed Name(s) _____

## FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page.

Name _____ Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING (No Tenths) _____

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

**DEALER OR AGENT:**
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

**BUYER:** "I am aware of the above odometer certification made by seller"
Signature(s) _____ Printed Name(s) _____

## SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page.

Name _____ Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING (No Tenths) _____

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

**DEALER OR AGENT:**
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

**BUYER:** "I am aware of the above odometer certification made by seller"
Signature(s) _____ Printed Name(s) _____

## THIRD RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page.

Name _____ Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING (No Tenths) _____

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

**DEALER OR AGENT:**
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

**BUYER:** "I am aware of the above odometer certification made by seller"
Signature(s) _____ Printed Name(s) _____

## LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____

*SCRAPPED, DISMANTLED, OR DESTROYED VEHICLE - This is to be filed in by Vehicle Owner, Certificate of Title must be mailed or delivered to the Mississippi Department of Revenue. I/we hereby warrant that the Vehicle described on the reverse side of this Certificate was scrapped, dismantled, or destroyed on _____, 20___.  Owner's Signature _____*

# ALISON CRAPPS
## SCOTT COUNTY
### TAX ASSESSOR / COLLECTOR

100 EAST FIRST STREET • FOREST, MISSISSIPPI 39074
601-469-4051

SHERIFF'S SALE BY EXECUTION OF WARRANT, PURSUANT
TO SECTION 27-41-107, MISSISSIPPI CODE ANNOTATED

STATE OF MISSISSIPPI          **BILL OF SALE**
COUNTY OF SCOTT

Be it know that MIKE LEE SHERIFF OF SCOTT COUNTY, did on the
__31st__ day of __October__, __2022__, according to law, sell the following described mobile home, situate in said county and assessed to __Patrick K and Charlotte Davis__
To wit: (description of mobile home) __1997 Belmont-Summitt 28x52__
__Serial # 33136__
For the taxes assessed thereon for the year __2022__ when __Itavias Burks__
Became the best bidder therefore, at and for the sum of __one hundred fifty three__ dollars ($153.78 /$510.00 — overbid; registry+title)
And the same being delinquent, I therefore, sell and convey said above described property to the said __Itavias Burks__

The undersigned sheriff of Scott County, Mississippi, nor any other official or agent of said county, has not made and does not make any representation or warranty whatever concerning TITLE to the above described mobile home.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE, THIS THE __31st__ DAY OF __October__ __2022__.

_[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID #91517 CHARNELL SHARP Commission Expires April 4, 2025 SCOTT COUNTY]_

MIKE LEE, SHERIFF
OF SCOTT COUNTY, MISSISSIPPI

BY: __Charnell Sharp__

BUYER NAMES __Itavias Burks__        PREVIOUS OWNER __Patrick K. & Charlotte Davis__

ADDRESS __54 Kerish Road__           ADDRESS __843 Banker Rd__
__Forest MS 39074__                  __Morton MS 39117__

HOME PHONE __NA__                    ACCOUNT # __6409__
WORK PHONE __601-697-6791__ Cell



780022241000


# DEPARTMENT OF REVENUE
## STATE OF MISSISSIPPI



Application #: L0428830848

County Code 620 - SCOTT

Date November 03, 2022 ☐ Fast Track Application

**Lessor (if Leased)**

**Lessor Mailing Address**

**Owner(s) or Lessee(s) if Leased**
BURKS, ITAVIAS

☐ AND    ☐ AND / OR    ☐ OR

**Registered Physical Address (DO NOT GIVE A PO BOX)**
54 KERISH RD
FOREST MS 39074-2203

**Registered Mailing Address (if Different)**

**Beneficiary**

| Vehicle ID | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 33136 | 1997 | BELM | SUMMITT | Manufactured Home |
|  | ☐ Provisional VIN |  |  |  |

| Vehicle Type | Fuel Type | Primary Color | Secondary Color |
|---|---|---|---|
| Manufactured Home |  | Other |  |

| Seats | Axles | Cylinders | Unladen Weight |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

| Purchase Date | New / Used | Odometer Reading | Odometer Code |
|---|---|---|---|
| October 31, 2022 | Used | 0 | Exempt from Disclosure Requirements |

**Brands**
☐ Bonded  ☐ Collision  ☐ Fire  ☐ Flooded  ☐ Hail  ☐ Rebuilt  ☐ Salvaged  ☐ Wind
☐ Recovered Theft  ☐ Unrecovered Theft  ☐ Junked  ☐ Other:

**Primary Lienholder's Information**

**Secondary Lienholder's Information**

**Date of Lien**

**Date of Lien**

**Designated Agent**
SCOTT COUNTY TAX COLLECTOR

**Designated Agent Number**
62

Nov 03, 2022
Signature                                    Date

I/WE, THE UNDERSIGNED, CERTIFY THAT THE VEHICLE DESCRIBED ABOVE IS OWNED BY ME AND I HEREBY MAKE APPLICATION FOR A CERTIFICATE OF TITLE FOR SAID MOTOR VEHICLE, AND THIS VEHICLE WILL NOT BE SUBJECT TO LIEN PRIOR TO RECEIPT OF THE TITLE UNLESS INDICATED ABOVE.

**\*\*DISCLOSURE STATEMENT AND PRIVACY ACT NOTICE\*\***
DRIVER'S LICENSE NUMBERS ARE REQUIRED BY STATE LAW AND WILL BE USED IN THE ADMINISTRATION OF STATE MOTOR VEHICLE LAWS. THE COMMISSION IS AUTHORIZED TO COLLECT THE INFORMATION PURSUANT TO 42 U.S.C. §405(c)(2)C AND MISS CODE ANN §63-21-15. TITLES AND REGISTRATION RECORDS MAY BE RELEASED ONLY PURSUANT TO 18 U.S.C. §§2721-2725. FAILURE TO PROVIDE THE INFORMATION WILL RESULT IN THE DENIAL OF A CERTIFICATE OF TITLE.

## Owner's Copy

Print one copy for each of the following: MS Department of Revenue, Owner, Designated Agent, and Lienholder (if Applicable)

First Owner/Lessee's Signature            123456789
                                          License #

Joint Owner/Lessee's Signature            License #

Mississippi Department of Revenue, Motor Vehicle Services — P.O. Box 23049, Jackson MS 39225-3049 — www.dor.ms.gov — (P) (601) 923-7200

**Receipt of Payment**



DEPARTMENT OF REVENUE
STATE OF MISSISSIPPI

| | | |
|---|---|---|
| OWNER (LESSOR) | BURKS, ITAVIAS | LETTER ID L0965701760 |
| CO-OWNER (LESSEE) | | COUNTY CODE MS123 |
| ADDRESS | 54 KERISH RD | TAXING DISTRICT |
| CITY, STATE, ZIP | FOREST, MS 39074-2203 | EXPIRATION |
| | | ISSUE DATE November 03, 2022 |

**VEHICLE**

| YEAR | MAKE | MODEL | BODY TYPE | VEHICLE TYPE | FUEL TYPE | CYLINDER | COLOR |
|---|---|---|---|---|---|---|---|
| 1997 | BELM | SUMMITT | Manufactured Home | Trailer | | 0 | Other |

| VEHICLE IDENTIFICATION NUMBER | TITLE NUMBER | DECAL NUMBER | TAG NUMBER | TAG TYPE |
|---|---|---|---|---|
| 33136 | MS0163186944 | | | |

Total Due

10.00

P.O. Box 1383, Jackson, MS 39215  Phone: (601) 923-7200  Fax: (601) 923-7224    Form # aL0040 v. 5

Visit www.dor.ms.gov for vehicle title and registration information. If you call, please have this letter with you.

# State of Mississippi

SCOTT COUNTY
ALISON CRAPPS
100 EAST FIRST STREET
FOREST           MS 39074

Miscellaneous Collections
Tax Year 2022

Drawer: 9
User: CMS
Paid: Cash

MXMMODP  62-0

Type: MH

Paid by: ITAVIUS BURKS

Receipt # 15796     Date: 11/03/2022

**Tax District**

**Customer Copy**

221103 1508 GSM QPADEV0003

| Type of Tax | Millage | Gross Tax Amount | Regular Homestead | Special Exemption | Net Tax |
|---|---|---|---|---|---|
|  |  | Total Tax Due | ......... | ......... | $0.00 |

ITAVIUS BURKS
54 KERISH ROAD
FOREST MS 39074

Amount Paid            346.22

Grand Total Paid       346.22

Received by: _____

LRMMODP - LRMMODP2 - 05 (3/11/2016)

## State of Mississippi

```
                                    Mobile Home                              MHMMODP  062-0
                        Receipt Year 2022   Tax Year 2021   Year- 1997 28 X 52
SCOTT COUNTY                                                Make- BELMONT-SUMMITT
SCOTT COUNTY TAX COLLECTOR      DRAWER:   9                 Serial Number 1- 33136
100 EAST FIRST STREET           USER: CMS                   Color- BGE/BLU
FOREST          MS 39074        Paid: Cash                  Acquired From-
                                                                WOODS MANU
                                                            Court-
                                                                FLANAGAN, CHARLEY ESTATE
```

| Acct 06409 | Receipt # 0064908 | Date: 11/03/2022 |
|---|---|---|
| Tax District 3001 | | |

Registration Number: 0897622381

| Class 1 Value | Class 2 Value | Total Value | Paid by: ITAVIUS BURKS |
|---|---|---|---|
| True Assessed | | 5,413 812 | 20221103 1445 CMS QPADEV0007 |

| Type of Tax | Millage | Gross Tax Amount | Regular Homestead | Special Exemption | Net Tax |
|---|---|---|---|---|---|
| COUNTY | 70.4500 | 57.21 | | | 57.21 |
| SCHOOL | 48.2700 | 39.20 | | | 39.20 |
| PRINTERS FEE | | | | | 13.00 |
| CIRCUIT COURT FEE | | | | | 6.00 |
| OTHER FEE | | | | | 35.00 |
| **ACCOUNT PAID IN FULL** | | Total Tax Due | ......... | ......... | $150.41 |

```
DAVIS PATRICK K & CHARLOTTE       Tax Amount Paid              150.41
843 BANKER RD                     Interest Amount Paid           3.37
                                  Total Paid this Receipt      153.78
                                  ------------------------
MORTON            MS 39117        Prior Tax Payments             0.00
                                  Tax Balance Remaining          0.00
                                  *Grand Total Paid*           153.78
Received by: _____
```

CUSTOMER COPY

LRMMODP - LRMMODP2 - 05 (3/11/2016)