**Fill in this information to identify the case:**

Debtor 1    Charlotte Dean Davis

Debtor 2    Patrick K Davis
            aka Patrick Kasonius Davis

(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of MISSISSIPPI

Case number 21-01647-JAW

## Official Form 410S2

### Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** FirstKey Master Funding 2021-A Collateral Trust     **Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9087

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
■ Yes. Date of the last notice: 5/16/2025

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | 05/20/2025 | (9) | $48.92 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Charlotte Dean Davis</u>
    Print Name    Middle Name    Last Name

Case number *(if known)* <u>21-01647-JAW</u>

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Francisco Cardona
Signature

Date June 10, 2025

Print   Francisco Cardona
    First Name   Middle Name   Last Name

Title  Authorized Agent

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address  13010 Morris Road, Suite 450
    Number    Street

Alpharetta    GA    30004
City    State    ZIP Code

Contact Phone  470-321-7112

Email  fcardona@raslg.com

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___June 23, 2025___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Charlotte Dean Davis
843 Banker Rd
Morton, MS 39117

Patrick K Davis
843 Banker Rd
Morton, MS 39117

And via electronic mail to:

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

By: /s/ Francisco Cardona

Email: fcardona@raslg.com