## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Charlotte Dean Davis**                                      **Case No. 21-01647-JAW**
         **Patrick K Davis, Debtors**                                            **CHAPTER 13**

### NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: September 3, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Charlotte Dean Davis**                                      **Case No. 21-01647**
**Patrick K Davis, Debtors**                                      **CHAPTER 13**

### MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments due to a family crisis.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2025.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on September 3, 2025, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHARLOTTE DEAN DAVIS
PATRICK K DAVIS

CASE NO: 21-01647

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 9/3/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/3/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHARLOTTE DEAN DAVIS
PATRICK K DAVIS

CASE NO: 21-01647

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 9/3/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/3/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-01647
SOUTHERN DISTRICT OF MISSISSIPPI
WED SEP 3 12-11-35 PST 2025

BRIDGECREST CREDIT COMPANY  LLC  CO AIS
POR
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

FIRSTKEY MASTER FUNDING 2021A
COLLATERAL TR
SERVICED BY SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY  UT 84165-0250


SELECT PORTFOLIO SERVICING  INC
PO BOX 65250
SALT LAKE CITY  UT 84165-0250

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON  MS 39201-5036~~

BRIDGECREST
PO BOX 29018
PHOENIX  AZ 85038-9018


BRIDGECREST CREDIT COMPANY  LLC
CO AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE  DEPT APS
OKLAHOMA CITY  OK 73118-7901

CASCADE FINANCIAL SERV
3345 S VAL VISTA DR
GILBERT  AZ 85297-7330

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346


FIRSTKEY MASTER FUNDING 2021A
COLLATERAL TR
CASCADE FINANCIAL SERVICES
PO BOX 15035
CHANDLER  AZ 85244-5035

~~EXCLUDE~~
~~(D)FIRSTKEY MASTER FUNDING 2021A~~
~~COLLATERAL TR~~
~~SERVICED BY SELECT PORTFOLIO SERVICING~~
~~PO BOX 65250~~
~~SALT LAKE CITY  UT 84165-0250~~

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025


JACOB LAW GROUP
PO BOX 948
OXFORD  MS 38655-0948

LOGS LEGAL GROUP LLP
FOR FIRSTKEY MASTER FUNDING 2021A
COLLATERAL TRUST
1080 RIVER OAKS DRIVE  SUITE B-202
FLOWOOD  MS 39232-7603

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808


(P)MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS TN 38187-0235

MERIDIAN IMAGING
5775 GENERAL WASHINGTO
ALEXANDRIA  VA 22312-2418

MERIT HEALTH CENTRAL
1850 CHADWICK DR
JACKSON  MS 39204-3404


MIRAMED REVENUE GROUP
360 E 22ND STREET
LOMBARD  IL 60148-4924

NETWORK SERVICES  INC
PO BOX 1725
HATTIESBURG  MS 39403-1725

PARAGON REVENUE GROUP
P O BOX 127
CONCORD  NC 28026-0127


PARNELL  PARNELL
PO BOX 2189
MONTGOMERY  AL 36102-2189

PERIOPERATIVE SERVICES
234 E CAPITOL ST
JACKSON  MS 39201-2418

PROFESSIONAL ACCOUNT S
PO BOX 68
BRENTWOOD  TN 37024-0068


RIVER OAKS MANAGEMENT LLC CO PASI
PO BOX 188
BRENTWOOD  TN 37024-0188

RIVER OAKS MANAAGMENT
PO BOX 14000
BELFAST  ME 04915-4033

(P)RUSH HEALTH SYSTEMS DAWN PENZETTA
ATTN RUSH BUSINESS SERVICES
1314 19TH AVENUE
MERIDIAN MS 39301-4116

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

SCOTT REGIONAL HOPSITA
317 HWY 13 S
MORTON  MS 39117-3353

(D)(P)RUSH HEALTH SYSTEMS DAWN PENZETTA
ATTN RUSH BUSINESS SERVICES
1314 19TH AVENUE
MERIDIAN MS 39301 4116

SMITH ROUCHON  ASSOC
1456 ELLIS AVENUE
JACKSON  MS 39204-2204


SPECIALIZED MANAGEMENT
PO BOX 3842
MERIDIAN  MS 39303-3842

UMMC
PO BOX 3488
DEPT 05-077
TUPELO  MS 38803-3488

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001


EXCLUDE
UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON  MS 39201 5022

VELOCITY INVESTMENT
1800 NJ34
404A
WALL TOWNSHIP  NJ 07719

VERIZON
PO BOX 11328
SAINT PETERSB  FL 33733-1328


DEBTOR
CHARLOTTE DEAN DAVIS
843 BANKER RD
MORTON  MS 39117-9634

EXCLUDE
(U)ITAVIUS BURKS

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836


PATRICK K DAVIS
843 BANKER RD
MORTON  MS 39117-9634

EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236 3767

EXCLUDE
TORRI PARKER MARTIN
TORRI PARKER MARTIN  CHAPTER 13
BANKRUPT
200 NORTH CONGRESS STREET  STE 400
JACKSON  MS 39201 1902