**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13: |
| CHARLOTTE DEAN DAVIS and | |
| PATRICK K. DAVIS | CASE NO. 21-01647- JAW |

**TRUSTEE'S OBJECTION TO**
**DEBTORS' MOTION TO ALLOW PAYMENT ARREARAGES**

COMES NOW, Kellie Grizzell on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to Debtors' Motion to Allow Payment Arrearages (Docket #72), and in support thereof, would show unto the Court the following:

1. The Debtors' Motion requests that the plan payment arrearages be amortized with plan payments to resume in October 2025.

2. The Debtors have completed forty-six (46) of sixty (60) plan months.

3. The Trustee last received a full plan payment in August 2025.

4. The Debtors' plan is three (3) months in arrears and delinquent ($4,590.00) through September 2025.

5. The Trustee filed a Motion to Dismiss Debtor for Non-Payment on November 21, 2024 (Docket #61) and the Debtors filed a Response (Docket #62) on December 11, 2024. An Agreed Order Conditionally Denying the Trustee's Motion to Dismiss was entered on December 12, 2024 (Docket #63). As a result, the Debtor's plan delinquency was amortized over the remaining life of the plan. Also, the Court ordered that should the Debtors become more than sixty (60) days delinquent in Chapter 13 plan payments,

      calculated from the first day of the first delinquent month, the case may be dismissed, without further notice or hearing.

6. The Debtors should be required to submit a good faith payment in the amount of $1,110.00, to reduce the arrearage to be amortized over the remaining life of the plan.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that this Objection be received and filed and at the hearing hereon, an Order be entered denying the Debtors' Motion to Allow Payment Arrearages, or in the alternative, should the Debtors' Motion be granted, the Trustee prays that the Debtor be required to (1) submit a good faith payment in the amount of $1,110.00 to reduce the arrearages to be amortized over the life of the plan and (2) that upon receipt of payment, the wage order be adjusted to increase the plan payments to cure the arrearages and amortize the delinquency; and any general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: September 8, 2025

Respectfully Submitted,

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Off: (601) 981-9100
Fax: (601) 981-1983
Email: KGrizzell@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Kellie Grizzell, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to the following, by electronic, ECF filing, and/or mail to:

Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. BOX 13767
Jackson, MS 39236
Office: (601) 500-5533
Email: trollins@therollinsfirm.com

DATED: September 8, 2025

/s/Kellie Grizzell
Kellie Grizzell