___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  Charlotte Dean Davis | Case No. 21-01647 |
| Patrick K Davis, Debtors | CHAPTER 13 |

### ORDER ON MOTION TO ALLOW PAYMENT ARREARAGE

THIS CAUSE having come on this date on the debtors' motion to allow payment arrearage (DK #72), the Objection filed by the Trustee (DK #74), and that all parties have reached an agreement, the Court having reviewed and considered the facts herein does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Allow Payment Arrearage is granted. Debtors' past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan shall be amortized over the life of the plan and that the Trustee shall increase Debtors' Plan payment as necessary to offset for the lost plan payment with payments to resume in October 2025. The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

| | |
|---|---|
| PREPARED BY: | AGREED BY: |
| /s/ Thomas C. Rollins, Jr. | /s/ Kellie Grizzell_____ |
| Thomas C. Rollins, Jr. (MS Bar No. 103469) | Attorney for Chapter 13 Trustee |
| Jennifer Ann Curry Calvillo (MS Bar No. 104367) | Torri P. Martin |
| The Rollins Law Firm | |
| P.O. Box 13767 | |
| Jackson, MS 39236 | |
| 601-500-5533 | |