United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 21-01647-JAW |
| Charlotte Dean Davis | Chapter 13 |
| Patrick K Davis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charlotte Dean Davis, Patrick K Davis, 843 Banker Rd, Morton, MS 39117-9634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust logsecf@logs.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Charlotte Dean Davis jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Patrick K Davis jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Sylvie Derdeyn Robinson | on behalf of Defendant MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Plaintiff Patrick K Davis trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Charlotte Dean Davis trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Plaintiff Charlotte Dean Davis trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Patrick K Davis trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11

_____



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:    Charlotte Dean Davis | Case No. 21-01647 |
| Patrick K Davis, Debtors | CHAPTER 13 |

### ORDER ON MOTION TO ALLOW PAYMENT ARREARAGE

THIS CAUSE having come on this date on the debtors' motion to allow payment arrearage (DK #72), the Objection filed by the Trustee (DK #74), and that all parties have reached an agreement, the Court having reviewed and considered the facts herein does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Allow Payment Arrearage is granted.  Debtors' past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan shall be amortized over the life of the plan and that the Trustee shall increase Debtors' Plan payment as necessary to offset for the lost plan payment with payments to resume in October 2025.  The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

| | |
|---|---|
| PREPARED BY: | AGREED BY: |
| /s/ Thomas C. Rollins, Jr. | /s/ Kellie Grizzell_____ |
| Thomas C. Rollins, Jr. (MS Bar No. 103469) | Attorney for Chapter 13 Trustee |
| Jennifer Ann Curry Calvillo (MS Bar No. 104367) | Torri P. Martin |
| The Rollins Law Firm | |
| P.O. Box 13767 | |
| Jackson, MS 39236 | |
| 601-500-5533 | |