**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **CHARLOTTE DEAN DAVIS** | **CASE NO. 21-01647-JAW** |
| **PATRICK K. DAVIS** | |

## ORDER TERMINATING KELLIE GRIZZELL AS COUNSEL OF RECORD FOR TRUSTEE TORRI PARKER MARTIN

This Matter came before the Court on the Trustee's Motion to Terminate Kellie Grizzell, Mississippi Bar No. 105681 (Docket #82). Thus, having considered the matter, the Court finds that the Trustee's Motion is in the best interest of the bankruptcy estate and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion is hereby granted.

##END OF ORDER##

Submitted By:

/s/ Torri Parker Martin
Torri Parker Martin, MSB# 103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: tpm@tpmartinch13.com