## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In RE:**

  CHARLOTTE DEAN DAVIS

  PATRICK K DAVIS

**Debtor(s)**

**Chapter:**  13

**Claim Number:** 3

**Case Number:** 21-01647

---

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Bridgecrest Acceptance Corporation**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only      [√] Payment only      [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

  Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent

  P.O. Box 4138

  Houston, TX 77210

TO:

  Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent

  PO Box 661384

  Dallas,TX 75266-1384

Date:  08/12/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Bridgecrest Acceptance Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

    **Chapter:** 13

  CHARLOTTE DEAN DAVIS
  PATRICK K DAVIS

    **Case Number:** 21-01647

**Debtor(s)**

### Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
JENNIFER A CURRY CALVILLO
JENNIFER@THEROLLINSFIRM.COM

Trustee
TORRI PARKER MARTIN
TPM@TPMARTINCH13.COM

/s/ Rohan Pardeshi

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com